IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAQUESHA PIPKINS                                                                                      PLAINTIFF

v.                               CASE NO. 4:21-CV-00170-BSM

SOCIAL SECURITY ADMINISTRATION                                               DEFENDANTS

## ORDER

After reviewing the entire record *de novo,* United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 22] is adopted.  The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE