IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAQUESHA PIPKINS                                                             PLAINTIFF

v.                          CASE NO. 4:21-CV-00170-BSM

SOCIAL SECURITY ADMINISTRATION                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE